1  ERIC GRANT
   United States Attorney
2  NICOLE M. VANEK
   ADRIAN T. KINSELLA
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

**FILED**

Mar 02, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

              v.

JANETT LOPEZ,

              Defendant.

CASE NO. 2:26-cr-0028 DAD

21 U.S.C. § 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Fentanyl

I N F O R M A T I O N

The United States Attorney charges: T H A T

JANETT LOPEZ,

defendant herein, between on or about May 13, 2023, and continuing through on or about August 9, 2024, in the County of Sacramento, State and Eastern District of California, and elsewhere, did conspire and agree with Bradley Gomez, charged elsewhere, and others to knowingly and intentionally distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and at least 40 grams of a

///
///
///
///

INFORMATION                                                       1

mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

Dated: March 2, 2026

ERIC GRANT
United States Attorney

By: */s/ Nicole M. Vanek*
NICOLE M. VANEK
Assistant United States Attorney

INFORMATION                                2

**United States v. Janett Lopez**
**Penalties for Information**

VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to distribute over 500 grams of a mixture or substance containing methamphetamine, and at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, popularly known as "fentanyl"

PENALTIES: Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)