ERIC GRANT
United States Attorney
NICOLE M. VANEK
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>JANETT LOPEZ,<br><br>                        Defendants. | CASE NO. 2:26-CR-00028-DAD<br><br>MEMO REQUESTING TO SET ARRAIGNMENT AND WAIVER OF INDICTMENT HEARING<br><br>DATE: March 16, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

      The United States filed an Information against the defendant, Janett Lopez, on March 2, 2026. The United States requests that an arraignment and waiver of indictment hearing be set in this matter for the Court's 2:00 p.m. calendar on March 16, 2026. The defendant is currently out of custody and does not need to be transported for the arraignment.

Dated: March 6, 2026
                                                      ERIC GRANT
                                                      United States Attorney

                                        By:  /s/ NICOLE M. VANEK
                                               NICOLE M. VANEK
                                               Assistant United States Attorney