CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Janett Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANETT LOPEZ,<br><br>Defendant. | Case No.  2:26-CR-00028 JAM<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Adrian Kinsella and defendant Janett Lopez ("Ms. Lopez"), by and through counsel Candice Fields, hereby stipulate and agree, pursuant to 18 U.S.C. § 3142(c)(3) and L.R. 143, to a modification of the pretrial release conditions set in ECF No. 12 as follows:

**A.**     **Unmodified Conditions**: Except as expressly stated below, all Special Conditions in ECF No. 12 remain in full force and effect, including Special Conditions Nos. 1-8, and 9-15.

**B.**     **Modification of Special Condition No. 9 Only:  Special Condition No. 9 (alcohol).** Modify current condition stating, "You must refrain from excessive use of alcohol" as follows: "You must refrain from any use of alcohol;"

1

**C.**      **Addition of Special Condition No. 16:  Special Condition No. 16 (behavioral therapy)**. Add a condition stating, "You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

   **Pretrial Services' Position**. Pretrial Services requests and approves these changes.

   **Defendant's Position**. Ms. Lopez has read these stipulated modifications to conditions of release and agrees to them.

   **Surety's Position.** Defendant's surety, Tessa Julia Ramos, has read these stipulated modifications to conditions of release and agrees to them

IT IS SO STIPULATED.

Dated:  April 24, 2026                          /s/ CANDICE L. FIELDS
                                                CANDICE L. FIELDS
                                                Counsel for Defendant
                                                Janett Lopez

Dated:  April 24, 2026                          ERIC A. GRANT
                                                United States Attorney

                                                 /s/ ADRIAN KINSELLA
                                                ADRIAN KINSELLA
                                                Assistant United States Attorney

APPROVED by:

Dated: 5/26/2026                                /s/ Janett Lopez
                                                JANETT LOPEZ, DEFENDANT

Dated: 5/6/2026                                 /s/ Tessa Julia Ramos
                                                TESSA JULIA RAMOS

2

# [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this 13th day of May 2026.

THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE