CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Janett Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANETT LOPEZ,<br><br>Defendant. | Case No.  2:26-cr-00028-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    On March 2, 2026, the United States charged Ms. Lopez by information with one count of Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Methamphetamine in violation of 21 U.S.C §§ 846. Dkt. No. 1.

2.    On March 24, 2026, Ms. Lopez pled guilty to guilty to a violation of 21 U.S.C §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Methamphetamine. Dkt. No. 24.

3.    This matter is currently set for sentencing on July 28, 2026, at 9:00. Dkt. No. 17.

1

4.      Because the defense requires additional time to prepare for sentencing, the defense requests that this Court the sentencing date be continued to **October 20, 2026, at 9:00 a.m.** It is further requested that the disclosure schedule be modified as follows:

Judgment and Sentencing Date: 10/20/2026

Reply, or Statement of Non-Opposition: **10/13/2026**

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **10/06/2026**

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: **09/29/2026**

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **09/22/2026**

Revised draft Presentence Report shall be disclosed to counsel no later than: **09/8/2026 (only if needed)**

Draft Presentence Report: Disclosed 6/15/2026

5.      The government does not object to this request.

6.      Probation Officer La Fazia has been consulted and approves of this request.

IT IS SO STIPULATED.

Dated:  July 1, 2026                                    /s/ CANDICE L. FIELDS
                                                       CANDICE L. FIELDS
                                                       Counsel for Defendant
                                                       Janett Lopez


Dated:  July 1, 2026                                    ERIC A. GRANT
                                                       United States Attorney

                                                        /s/ NICOLE VANEK
                                                       NICOLE VANEK
                                                       Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**.

Dated: July 08, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3