CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Janett Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JANETT LOPEZ,<br>Defendant. | Case No. 2:26-cr-00028-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY REMAINING PRESENTENCE SCHEDULE**<br><br>Date: October 27, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 2, 2026, the United States charged Ms. Lopez by information with one count of Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Methamphetamine in violation of 21 U.S.C §§ 846. Dkt. No. 1.

2. On March 24, 2026, Ms. Lopez pled guilty to guilty to a violation of 21 U.S.C §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Methamphetamine. Dkt. No. 24.

3. By the Court's own scheduling order, this matter is currently set for sentencing on October 27, 2026, at 9:00.

4. Defense counsel is not available on October 27, 2026. In addition, because the defense requires additional time to prepare for sentencing, the defense requests that this Court the sentencing date be continued to **November 10, 2026, at 9:00 a.m.**

5. The following modified disclosure schedule is proposed:

Formal Objections: **October 28, 2026**

Sentencing Memos: **November 03, 2026**

All other disclosure deadlines have been met.

6. The government does not object to this request.

7. Probation Officer La Fazia has been consulted and approves of this request.

IT IS SO STIPULATED.

Dated: October 13, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
Janett Lopez

Dated: October 13, 2026

ERIC A. GRANT
United States Attorney

/s/ NICOLE VANEK
NICOLE VANEK
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: October 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE