CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Janett Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JANETT LOPEZ,<br>Defendant. | Case No. 2:26-cr-00028 JAM<br><br>**OREDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS**<br><br>Date: November 10, 2026<br>Judge: Hon. John A. Mendez<br>Time: 9:00 a.m. |

The Court has considered Defendant Janett Lopez's Request to Seal Documents pursuant to Local Rule 141.

Good cause appearing, the Court finds that sealing is warranted to protect confidential mental-health information and private historical information concerning Ms. Lopez. The Court further finds that the requested sealing is appropriately tailored because the sentencing memorandum and supporting exhibits contain, discuss, and rely upon confidential mental-health information and historic information relevant to sentencing.

Accordingly, IT IS HEREBY ORDERED that defendant's Request to Seal Documents is GRANTED. The following documents shall be filed under seal:

1. Defendant Janett Lopez's Sentencing Memorandum, pages 1 through 9;

2. Exhibits to Defendant Janett Lopez's Sentencing Memorandum; and

3. This Order, if necessary to avoid disclosure of sealed information, or otherwise the publicly filed version of this Order identifying the sealed materials without revealing their contents.

Access to the sealed documents shall be limited to the Court, authorized court personnel, counsel for defendant, counsel for the United States, and the United States Probation Office.

The documents shall remain sealed until further order of the Court.

**IT IS SO ORDERED**.

Dated: November 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE